IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No.10-cr-00089-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RIGOBERTO DE JESUS-GONZALEZ,

    Defendant.

**MINUTE ORDER**[1]

On August 19, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent

**IT IS ORDERED** as follows:

1. That on **December 10, 2010**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.